# ALABAMA COURT OF CRIMINAL APPEALS



December 15, 2023

**CR-20-0566**
Louis Stinson, Jr. v. State of Alabama (Appeal from Elmore Circuit Court: CC-19-351)

## <u>NOTICE</u>

You are hereby notified that on December 15, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk